COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 MIKE NAMI,
  
                             Appellant,
  
 v.
  
 ISABEL NAMI,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00004-CV
  
 Appeal from the
  
 388th
 District Court 
  
 of El
 Paso County, Texas 
  
 (TC# 2008CM3740) 
  
 
 


 

MEMORANDUM
OPINION

 

Pending before the Court is Appellant’s
motion to dismiss this appeal pursuant to Tex.R.App.P.
42.1(a)(1) because Appellant no longer desires to prosecute the appeal.  We grant the motion and dismiss the appeal
with prejudice.  Costs are assessed
against the Appellant.  See Tex.R.App.P. 42.1(d).

 

                                                                        GUADALUPE
RIVERA, Justice

April 18, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.